UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-61275-CIV-MD

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

RICARDI CELICOURT and
BRISLY GUILLAUME,

        Defendants.
_____/

## PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED MOTION TO EXTEND STAY OF DEADLINES IN ANTICIPATION OF SETTLEMENT

Plaintiff Securities and Exchange Commission (the "Commission") files its Unopposed Motion to Extend Stay of Deadlines in Anticipation of Settlement (the "Motion") and states:

1. Defendants Ricardi Celicourt and Brisly Guillaume (collectively, "Defendants") submitted signed settlement documents to undersigned counsel which, if accepted by the Commission, would fully resolve this case against them.

2. Accordingly, on April 14, 2025, the Commission filed a motion requesting the Court stay all deadlines in this case for a period of 90 days, which the Court granted [ECF No. 32].

3. Before the Commission's counsel can submit a settlement and proposed final judgment to the Court for approval, a number of administrative steps must occur, including, but not limited to, presenting the terms of a proposed settlement to the Commissioners in Washington, D.C. If approved by the Commission, undersigned counsel will then be authorized to file Defendants' consents and proposed final judgments for consideration and entry by the Court.

4. The Commission staff is in the process of obtaining approval from the Commission to accept the Defendants' settlement offers and to request that the Court order specific remedies

against Defendants.

5. Barring the occurrence of unforeseen events, the undersigned anticipates that the administrative process for submitting a settlement offer and calendaring a vote of the Commissioners will take an additional 90 days.

6. Thus, the Commission seeks to extend the stay of all deadlines for an additional 90 days to allow the Commission staff to present the settlements to the Commission for consideration. In the event the Commission accepts the settlement offers, this matter would be resolved in its entirety.

7. This Motion is made in good faith and not to unduly delay these proceedings.

### CERTIFICATE OF PRE-FILING CONFERENCE OF COUNSEL

Pursuant to Local Rule 7.1(a)(2), undersigned counsel certifies that he has conferred with the Defendants, who have no objection to the Motion.

WHEREFORE, the Commission respectfully requests that the Court enter an Order granting the Motion and extending the stay of all deadlines for 90 days, up to and including October 13, 2025.

Dated: July 15, 2025          Respectfully submitted,

*Russell R. O'Brien*
Russell R. O'Brien, Esq.
Trial Counsel
Fla. Bar No. 084542

**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, FL 33131
Telephone: (305) 982-6300
Email: obrienru@sec.gov
***Attorney for Plaintiff Securities and Exchange Commission***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 15, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in  some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

           By: *Russell R. O'Brien*
              Russell R. O'Brien, Esq.

## SERVICE LIST

Ricardi Celicourt, *pro se*
4706 NW 21st Ct.
Coconut Creek, FL 33063
Email: mrcelicourt@gmail.com
***Via Electronic Mail***

Brisly Guillaume, *pro se*
8560 Woodgrove Harbor Ln
Boynton Beach, FL 33473
Email: Bruceguillaume37@gmail.com
***Via Electronic Mail and CM/ECF***

3